KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
kevans@efstriallaw.com
CHAD R. FEARS, ESQ.
Nevada Bar No. 6970
cfears@efstriallaw.com
EVANS FEARS & SCHUTTERT L.L.P.
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone: (702) 805.0290
Facsimile: (702) 805.0291

JEFFREY F. BARR, ESQ
Nevada Bar No. 7269
barrj@AshcraftBarr.com
ASHCRAFT & BARR | LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone: (702) 631.7555
Facsimile: (702) 631.7556

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ELIASON, an individual and in his official capacity as Constable of North Las Vegas Township,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING,<br><br>Defendants. | Case No.: 2:17-cv-03017-JAD-CWH<br><br>**STIPULATION AND ORDER TO SUBSTITUTE REAL PARTY IN INTEREST** |

Pursuant to FRCP 17(a)(3), it is hereby stipulated by and between Plaintiff ROBERT ELIASON, Defendant CLARK COUNTY, and Defendant NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING, by and through their undersigned counsel, as follows:

IT IS HEREBY STIPULATED that STATE OF NEVADA ex rel. NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING shall be substituted in

Page **1** of **2**

as a Real Party in Interest, for Defendant NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING.

Stipulated by and between the following:

DATED this 21st day of March, 2018.

| | |
|---|---|
| EVANS FEARS & SCHUTTERT| LLP | OLSON, CANNON, GORMLEY ANGULO & STOBERSKI |
| /s/ Chad R. Fears, Esq.<br>KELLY A. EVANS, ESQ.<br>CHAD R. FEARS, ESQ.<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102<br>(702) 805-0290 | /s/ Thomas D. Dillard, Jr. Esq.<br>THOMAS D. DILLARD, JR., ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>(702) 384.4102<br>*Attorneys for Defendant Clark County* |
| AND | |
| ASHCRAFT & BARR LLP | NEVADA ATTORNEY GENERAL'S OFFICE |
| /s/ Jeffrey F. Barr, Esq.<br>JEFFREY F. BARR, ESQ.<br>2300 West Sahara Avenue, Suite 900<br>Las Vegas, NV 89102<br>(702) 631-7555<br>*Attorneys for Plaintiff Robert Eliason* | /s/ Michael D. Jensen, Esq.<br>MICHAEL D. JENSEN, ESQ.<br>555 Wright Way<br>Carson City, NV 89711<br>(775) 648-4603<br>*Attorneys for Defendant NV POST* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: March 22, 2018