KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
kevans@efstriallaw.com
CHAD R. FEARS, ESQ.
Nevada Bar No. 6970
cfears@efstriallaw.com
EVANS FEARS & SCHUTTERT L.L.P.
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone: (702) 805.0290
Facsimile: (702) 805.0291

JEFFREY F. BARR, ESQ
Nevada Bar No. 7269
barrj@AshcraftBarr.com
ASHCRAFT & BARR | LLP
2300 West Sahara Avenue, Suite 900
Las Vegas, NV 89102
Telephone: (702) 631.7555
Facsimile: (702) 631.7556
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT ELIASON, an individual and in his official capacity as Constable of North Las Vegas Township,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; STATE OF NEVADA ex rel NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING, a regulatory agency of the State of Nevada,<br><br>Defendants. | Case No.: 2:17-cv-03017-JAD-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSES TO DISPOSITIVE MOTIONS**<br>**(First Request)** |

Plaintiff ROBERT ELIASON, Defendant CLARK COUNTY and Defendant STATE OF NEVADA ex rel. NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING (collectively, "the Parties"), hereby stipulate to a 14-day extension of time for the Parties to file their responses to the Motions for Summary Judgment [ECF No. 54 and ECF No. 58]. Currently, the response deadlines are February 7, 2019. The Parties would like until February 21, 2019 to file their responses. This is the Parties' first request for an extension to file their responses.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the deadline for filing responses to the Motions for Summary Judgment [ECF No. 54 and ECF No. 58] shall be February 21, 2019.

Respectfully submitted by:

DATED this 5th day of February, 2019.

| EVANS FEARS & SCHUTTERT| LLP | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
|---|---|
| */s/ Chad A. Fears* <br> KELLY A. EVANS, ESQ. <br> CHAD R. FEARS, ESQ. <br> 2300 West Sahara Avenue, Suite 900 <br> Las Vegas, NV 89102 <br> Telephone: (702) 805-0290 | */s/ Thomas D. Dillard, Jr.* <br> THOMAS D. DILLARD, JR., ESQ. <br> 9950 W. Cheyenne Avenue <br> Las Vegas, NV 89129 <br> (702) 384-4012 <br> *Attorneys for Defendant Clark County* |

And

| ASHCRAFT & BARR | LLP | AARON D. FORD, ATTORNEY GENERAL |
|---|---|
| */s/ Jeffrey F. Barr* <br> JEFFREY F. BARR, ESQ. <br> 2300 West Sahara Avenue, Suite 900 <br> Las Vegas, NV 89102 <br> Telephone: (702) 631-7555 <br> *Attorneys for Plaintiff Robert Eliason* | */s/ Michael D. Jensen* <br> MICHAEL D. JENSEN, ESQ. <br> 555 Wright Way <br> Carson City, NV 89711 <br> (775) 684-1100 <br> *Attorneys for Defendant State of Nevada ex rel. Nevada Commission on Peace Officers Standards and Training* |

## **ORDER**

IT IS SO ORDERED. The deadline for the Parties to file responses to the Motions for Summary Judgment [ECF No. 54 and ECF No. 58] shall be February 21, 2019.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 6, 2019.