KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
kevans@efstriallaw.com
CHAD R. FEARS, ESQ.
Nevada Bar No. 6970
cfears@efstriallaw.com
EVANS FEARS & SCHUTTERT L.L.P.
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: 702.805.0290

JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
jbarr@atllp.com
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ELIASON, an individual and in his official capacity as Constable of North Las Vegas Township,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; STATE OF NEVADA ex rel NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING, a regulatory agency of the State of Nevada,<br><br>Defendants. | Case No.: 2:17-cv-03017-JAD-DJA<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSES TO MOTIONS [ECF 98, 99 & 100]**<br>**(First Request)**<br><br>ECF No. 101 |

Plaintiff ROBERT ELIASON ("Plaintiff"), Defendant CLARK COUNTY ("County") and Defendant STATE OF NEVADA ex rel. NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING ("POST Commission") (collectively, "the Parties"), hereby stipulate to a one time two-week extension of time for Plaintiff to file his responses to:

- POST Commission's Motion to Dismiss First Claim for Relief – Second Amended Complaint [ECF No. 98]; current response deadline is April 12, 2021;

Page **1** of **3**

- POST Commission's Renewed Motion for Summary Judgment Title II ADA Claim – Second Amended Complaint [ECF No. 99]; current response deadline is April 19, 2021;
- County's Motion to Dismiss Second Amended Complaint [ECF No. 100]; current response deadline is April 12, 2021.

Plaintiff would like an additional two weeks, from April 12, 2021, to file his responses to the above motions. This is Plaintiff's first request for an extension to file his responses.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, for a <u>one time two-week extension</u>, that the deadline for Plaintiff to file his responses to POST Commission's Motion to Dismiss [ECF No. 98], POST Commission's Renewed Motion for Summary Judgment [ECF No. 99], and County's Motion to Dismiss [ECF No. 100] shall be **April 26, 2021**.

Respectfully submitted by:

DATED this 9th day of April, 2021.

| | |
|---|---|
| EVANS FEARS & SCHUTTERT| LLP | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| /s/ Chad R. Fears<br>KELLY A. EVANS, ESQ.<br>CHAD R. FEARS, ESQ.<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>(702) 805-0290 | /s/Thomas D. Dillard, Jr.<br>THOMAS D. DILLARD, JR., ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>(702) 384-4012<br>*Attorneys for Defendant Clark County* |
| And | |
| ARMSTRONG TEASDALE LLP | AARON D. FORD,<br>ATTORNEY GENERAL |
| /s/ Jeffrey F. Barr<br>JEFFREY F. BARR, ESQ.<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>(702) 678-5070<br>*Attorneys for Plaintiff Robert Eliason* | /s/ Michael D. Jensen<br>MICHAEL D. JENSEN, ESQ.<br>555 Wright Way<br>Carson City, NV 89711<br>(775) 684-1100<br>*Attorneys for Defendant State of Nevada ex rel. Nevada Commission on Peace Officers Standards and Training* |

## ORDER

**IT IS SO ORDERED.** The deadline for Plaintiff to file responses to POST Commission's Motion to Dismiss [ECF No. 98], POST Commission's Renewed Motion for Summary Judgment [ECF No. 99], and County's Motion to Dismiss [ECF No. 100] shall be for a one time two-week extension, or until April 26, 2021.

UNITED STATES DISTRICT COURT JUDGE

DATED: 4-9-2021