KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
kevans@efstriallaw.com
CHAD R. FEARS, ESQ.
Nevada Bar No. 6970
cfears@efstriallaw.com
EVANS FEARS & SCHUTTERT L.L.P.
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: 702.805.0290

JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
jbarr@atllp.com
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT ELIASON, an individual and in his official capacity as Constable of North Las Vegas Township,<br><br>Plaintiff,<br><br>v.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; et al.,<br><br>Defendants. | Case No.: 2:17-cv-03017-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>ECF Nos. 98, 99, 100, 103 |

Plaintiff ROBERT ELIASON ("Plaintiff"), Defendant CLARK COUNTY ("County") and Defendant STATE OF NEVADA ex rel. NEVADA COMMISSION ON PEACE OFFICER STANDARDS & TRAINING ("POST Commission") (collectively, "the Parties"), hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(2), to dismiss Plaintiff's Second Amended Complaint [ECF No. 97] with prejudice, with each party to bear its own costs and fees.

The Parties further stipulate that POST Commission's pending Motion to Dismiss Amended Complaint [ECF No. 98], POST Commission's pending Renewed Motion for Summary Judgment [ECF No. 99], and County's Motion to Dismiss Amended Complaint

[ECF No. 100] (collectively "Pending Motions") will be considered moot after Plaintiff's Amended Complaint has been dismissed with prejudice, and no further consideration of the Pending Motions is required by this Court.

DATED this 28th day of April, 2021.

| | |
|---|---|
| EVANS FEARS & SCHUTTERT| LLP | OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI |
| /s/ Chad R. Fears<br>KELLY A. EVANS, ESQ.<br>CHAD R. FEARS, ESQ.<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>(702) 805-0290 | /s/ Thomas D. Dillard<br>THOMAS D. DILLARD, JR., ESQ.<br>9950 W. Cheyenne Avenue<br>Las Vegas, NV 89129<br>(702) 384-4012<br>*Attorneys for Defendant Clark County* |
| And | |
| ARMSTRONG TEASDALE LLP | AARON D. FORD,<br>ATTORNEY GENERAL |
| /s/ Jeffrey F. Barr<br>JEFFREY F. BARR, ESQ.<br>3770 Howard Hughes Parkway, Suite 200<br>Las Vegas, Nevada 89169<br>(702) 678-5070<br>*Attorneys for Plaintiff Robert Eliason* | /s/ Michael D. Jensen<br>MICHAEL D. JENSEN, ESQ.<br>555 Wright Way<br>Carson City, NV 89711<br>(775) 684-1100<br>*Attorneys for Defendant State of Nevada ex rel. Nevada Commission on Peace Officers Standards and Training* |

## ORDER

**IT IS SO ORDERED.** Plaintiff's Second Amended Complaint [ECF No. 97] is hereby dismissed with prejudice, with each party to bear its own costs and fees.

IT IS FURTHER ORDERED that all pending motions **[ECF Nos. 98, 99, 100] are DENIED** as moot, and the Clerk of Court is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 3, 2021

Respectfully submitted by:

/s/ Jeffrey F. Barr
Jeffrey F. Barr, Esq.